# UNITED STATES DISTRICT COURT
for the
District of Maryland

AUG 25 2014

| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>8 Falls Chapel Way, Reisterstown, MD 21136 | )<br>)<br>)<br>) Case No.   **14-1700SAG**<br>)<br>) |
|---|---|

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

8 Falls Chapel Way, Reisterstown, MD 21136   *See paragraph 50 of affidavit*

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841, 846 | Possession with intent to distribute narcotics; Conspiracy to distribute narcotics |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
HSI S/A Brian Pruitt
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 30, 2014

City and state: Baltimore, Maryland

*Judge's signature*
Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*